## ENTRY ORDER

2022 VT 55

SUPREME COURT DOCKET NO. 22-AP-145

OCTOBER TERM, 2022

| | | |
|---|---|---|
| In re William Cobb, Esq. | } | Original Jurisdiction |
| (Office of Disciplinary Counsel) | } | |
| | } | Professional Responsibility Board |
| | } | |
| | } | Case Nos. PRB-099-2020, |
| | | PRB-103-2020 |

In the above-entitled cause, the Clerk will enter:

¶ 1.    When the mandate issues in this case under Vermont Rule of Appellate Procedure 41 and this Court's October 13, 2022 decision suspending respondent from the practice of law for fifteen months becomes final, respondent will also be suspended for the remainder of his term in office as a probate judge, without compensation.  See Rule 6(24) of the Rules Governing the Disciplinary Control of Judges ("A judge suspended by the Supreme Court from the practice of law shall be suspended for the remainder of the judge's term in office, without compensation.").  Absent a motion for reargument, the mandate will issue on November 3, 2022.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice